SCANNED AUG -4 2023 LT U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL AUG -4 2023 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

23CV1491

July 14, 2023

Dear Honorable Judge Foster

I, Darien T Randle am requesting extended time again for Amended Complaint and the return of US Marshall forms. My reasonings for requesting additional time is for many reasons being that I need a patition from the Courts to be granted permission to go to law library and use of Pro Se equiptment in Hennepin County. Without the Judges Permission the Jail will Not Give me access to neither. Also I've been trying to get Written reports, Audio, and Videos from the night of the assult/incedent in Ramsey County Jail Since Feburary of 2019 but recently wrote a written request June 13th 2023 with it being noterized to be official and the Ramsey County Jail Completly ignored the written request and sent a letter stating I needed to add Name and date of Birth regaurding a voicemail I sent to be able to recieve Requested documents. I have suspicious thoughts That Ramsey County knows I have a time sesitivety dissadvantage and using it against me because I'm incarcerrated. I Also request to be granted All evidence from Ramsey County Jail as well. Another cause of delay and need for etended time is the law library I do have access to takes 2 weeks or longer

Pg 1 of 2

to get requested documents sent back to me via mail and theres also a limit to how much help and documents I can recieve. Lastly my Pro Se Project Coordinator Jacqueline Bailey said she needed more time to find a lawyer. I Mainly need access to the law library because Inside of the law library there is a person in the library to assist me with motion info and other material only found in a law library, and also the evidence would help alot aswell. Attached In this letter is copies of the letters Ive sent Ramsey County Jail requesting my evidence and Ramsey County Jail's response to my request, The Hennepin County Law Library inmate guidlines and also Hospital records from the day of the assult. I hope the Court Grants my request and considers all stated facts and evidence.

Darien Randle 07-14-2023
Da— Ra— 07-14-2023

Pg 2 of 2