UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Darien Randle,                                              Case No. 23-CV-01491-JWB-DJF

      Plaintiff,

vs.

Ramsey County, et al.,

      Defendants.

---

## NOTICE OF APPEARANCE

---

The undersigned attorneys hereby notify the Court and counsel that Jason M. Hiveley, Julia C. Kelly and Ashley M. Ramstad shall appear as counsel of record for Defendants in this case.

| | |
|---|---|
| Dated:  November 16, 2023 | s/Ashley M. Ramstad<br>Jason M. Hiveley, #311546<br>Julia C. Kelly, #392424<br>Ashley M. Ramstad, #402446<br>IVERSON REUVERS<br>9321 Ensign Avenue South<br>Bloomington, MN  55438<br>(952) 548-7200<br>jasonh@iversonlaw.com<br>julia@iversonlaw.com<br>ashley@iversonlaw.com<br>*Attorneys for Defendants* |