# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darien Randle

Plaintiff(s),

vs.

Case No. 23-CV-1491-JWB-DJF

Ramsey County

Defendant(s).

RECEIVED
MAY 01 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### MOTION TO/FOR
Unseal Confidential Evidence

The following party/parties: Darien Randle (Pro Se)

in the above-named case hereby move(s) the United States District Court, District of Minnesota

for an Order to: To remove the confidentiality of Camera footage evedience and statements made on Feburary 16, 2019 from my Complaint.

SCANNED
MAY 01 2024
U.S. DISTRICT COURT MPLS

because:

1. I've found a Solution to the Problem and will advocate for others in the future to make a Progress in recovery from The Problem to form awareness so nobody has to
2. live 5years in Pain. I've went from Homless to Saftey and structural living with the Proper Treatment from Profession Doctors Theripist ext.

Said motion is based upon the attached Memorandum of Law, Public Law 104-191 - Health Insurance Portability and Accountability Act of 1996

and all of the files, records, and proceedings herein.

Signed this JR day of Tuesday 2024

04-30-2024

Signature of Party [signature]

Mailing Address
1007 19th Ave NE, unit 1
Minneapolis MN, 55418

Telephone Number
815-618-1614

Note: All parties filing the motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The motion must be served on each party, together with the notice of hearing, and any memorandum of law and accompanying documents.

2