# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

### Early Settlement Conference Project

| | |
|---|---|
| Darien Randle, <br> Plaintiff**,** | **Case No. 23-cv-1491 (JWB/DJF)** |
| -vs- | **DECLARATION OF THE** <br> ***PRO SE* PARTY** |
| Ramsey County, et al., <br> Defendant. | |

The Court has referred the above-captioned case to the Early Settlement Conference Project. To receive the assistance of a Special Settlement Conference Counsel through the Early Settlement Conference Project, the *pro se* party must read and sign this Declaration. The Special Settlement Conference Counsel assisting you will enter this signed document in the Court file.

Please read and complete the declaration that follows.

### Declaration

I, Darien Randle, am the *pro se* Plaintiff/Defendant (circle one) in the above-captioned case, and I understand the Court has referred this case to the Early Settlement Conference Project. I declare under penalty of perjury under the laws of the State of Minnesota as follows: (Please insert your initials after reading each question.)

1. **REPRESENTATION.** I am not represented by an attorney, and no attorney has made an appearance for me in this case. _____ (Initials)

2. **INFORMATION.** I have read materials about the Early Settlement Conference Project. _____ (Initials)

3. **PURPOSE OF EARLY SETTLEMENT CONFERENCE PROJECT**. I understand the purpose of the Early Settlement Conference Project is to provide *pro se* litigants who receive a Court referral with an opportunity to talk with a volunteer attorney about the settlement conference process. _____ (Initials)

4. **REFERRAL TO EARLY SETTLEMENT CONFERENCE PROJECT**. I understand the Court referred my case to the Early Settlement Conference Project, and through this referral, I will be offered an opportunity to receive the assistance of a volunteer attorney, or Special Settlement Conference Counsel, with preparing for, and participating in, a settlement conference. _____ (Initials)

5. **LIMITED ASSISTANCE OF SPECIAL SETTLEMENT CONFERENCE COUNSEL**. I understand the only assistance Special Settlement Conference Counsel may offer is to educate and aid me with the preparation for, and participation in, a settlement conference. _____ (Initials)

I further understand and agree as follows:

   a. Special Settlement Conference Counsel will provide no other legal service of any kind in this case without prior written agreement between the Special Settlement Conference Counsel and me to do so; _____ (Initials)

   b. Special Settlement Conference Counsel's responsibility will not involve any control of the case; _____ (Initials)

   c. Special Settlement Conference Counsel's scope of representation is limited to helping me prepare for and participate in a settlement conference; _____ (Initials)

   d. Special Settlement Conference Counsel shall not analyze my overall legal needs, conduct an independent investigation of my case, or otherwise represent me in any manner other than in connection with helping me prepare for and participate in a settlement conference; _____ (Initials) and

2

    e. Special Settlement Conference Counsel's limited scope of representation is reasonable under the circumstances, and I give informed consent to this limited scope of representation. _____(Initials)

6. **NO CONTRACT**. While there will be an attorney-client relationship between Special Settlement Conference Counsel and me during the course of the limited representation, I understand and agree I have no contractual relationship with Special Settlement Conference Counsel for other legal services. I will enter no contract with Special Settlement Conference Counsel for other legal services during the time this case is in the Early Settlement Conference Project without a written order by the Court permitting such a contract. _____ (Initials)

7. **COMMUNICATION.** I give my permission to opposing counsel to send correspondence, pleadings, documents, and orders to Special Settlement Conference Counsel and me during the course of the limited representation through the Early Settlement Conference Project. _____ (Initials)

8. **CONCLUSION**. I confirm and acknowledge I have carefully considered the purpose and scope of the Early Settlement Conference Project and the terms of assistance Special Settlement Conference Counsel will provide as set forth above. _____ (Initials)

Dated: 5/31/2024

By: _____
Signature of *Pro Se* Litigant

Darien Randle_____
Print Name

**Please give this completed Declaration to the Special Settlement Conference Counsel who will file with the Clerk of Court.**